## EDWARDS v. EDWARDS

No. 360P93

Case below: 110 N.C.App. 1

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 October 1993.

## FOGLEMAN v. D & J EQUIPMENT RENTALS

No. 351P93

Case below: 111 N.C.App. 228

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 October 1993. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 7 October 1993.

## FULTON CORP. v. JUSTUS

No. 305A93

Case below: 110 N.C.App. 493

Motion by plaintiff to dismiss defendant's appeal for lack of substantial constitutional question denied 7 October 1993. Motion by defendant to dismiss plaintiff's appeal for lack of substantial constitutional question denied 7 October 1993. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 7 October 1993.

## GARRETT v. FLAUTT PROPERTIES

No. 228P93

Case below: 110 N.C.App. 314

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 October 1993.

## GILBERT v. GREAT AMERICAN INS. CO.

No. 313P93

Case below: 110 N.C.App. 869

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 4 November 1993.